Reginald E Spearman
**Name and Prisoner/Booking Number**

Sacramento C.O Main Jail
**Place of Confinement**

651 I Street
**Mailing Address**

Sacramento, CA, 95814
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

JUL 22 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Reginald Edward Spearman
(Full Name of Plaintiff)
                                    Plaintiff,

v.

(1) Sam Berri Towing {P.O 1978 Murphys, CA, 95247}
(2) Cameron Hayne {Hayne Motor-sports LLC}
(3) Jill N. Wood AKA Jill N. Woodman {HJR Design LLC}
(4) Micheal Edward Clark
                                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:21-CV-1288 JDP PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: Racketeer Fraud II {42 U.S.C. § 1986} conspiracy against Reginald Edward Spearman — estate

2. Institution/city where violation occurred: Rancho Cordova, Sac, C.O California

Group calls themself {Proud Boys}

# 1.A   {SHeeSH MOB}
ALL RED, ALL Gray  or {RAZILLA}

5: Randolph Rothenburge
10964 Hirschfeld Way, Ranco Cordova

6: Christopher Kenji Melendez
9 St Andrews, Los angles, CA

7: Kyree Leon Murphy
10965 Hirschfeld Way, Rancho Cordova, CA

8: James Ray Palmor

9: Jermy Tobin or Tolbit
707 Reed St, San Diego, CA

10: Cristine Davis AkA Cristine Chaplain
25 Belmonte, Irvine, CA

11: Gabriel Raymond
Adders 2513 O St unit 4 Sacramento, CA 95816 & Troy Evans

12: Ophilia Tobin or Tolbit
25 Belmonte, Irvine, CA

13: Mich Culiacan
707 Reed St, San Diego, CA
& 25 belmonte, irvine, CA

14: Hanna Boyce AkA Hanna Cox
25 belmonte, irvine, CA

15: Rick Fitzgerald
1937 Cable St, San Diego, CA

16: Mathew Fields
707 Reed St, San Diego, CA

17: Xiaman LLC
25 belmonte, irvine, CA

18: Mark Owis

19: Keyko Guzman
Sacramento Co main Jail 651 I
St, Sac. 95814 SE3Y3

20: Three Oak Management LLC
2357 Gold Medow Rd, Gold River, CA 95670

21: Eliso Munoz
Sacramento CO Main Jail 651 I St
Sacramento CA 95814

22: 707 REED St Hostel, S.D, CA
HQ of Fraud Ring

23: Tyler Shinman
: 707 Reed St, CA, San Diego

24: Victoria Chavez AkA Adriana Cruz
25 belmonte, irvine CA

25: Black Star LLC
707 Reed St, San Diego, CA

26: The James Ray Palmor Trust
25 Belmonte, Irvine, CA

27: Paul John Mazza Jr
9 St Andrews, Los angles, CA

28: Aqualio LLC
707 Reed St San Diego CA

29: Natural Head Spa LLC
707 Reed St, San Diego, CA

30: Sacramento CO recorders Office

31: CHP @ 749 Mountain Ranch Road San Andreas, CA 95249

33: Allen Anderson   34: Anita Burton   32: Ali Alexander

## B. DEFENDANTS

1. Name of first Defendant: **Sam Berri Towing**. The first Defendant is employed as: **Ceo of Sam Berri towing** (Position and Title) at **Sam Berri towing LLC** (Institution) {P.O. 1978 Murphys, CA, 95247}

2. Name of second Defendant: **Cameron Hayne**. The second Defendant is employed as: **Ceo of Hayne Speed Shop LCC** (Position and Title) at **Hayne Motorsports LLC** (Institution) {10962 Hirschfeld Way, Rancho Cordova, CA}

3. Name of third Defendant: **Jill N. Wood AKA Jill N Woodman**. The third Defendant is employed as: **Ceo of H&R Designs** (Position and Title) at **H&R Designs of Irvine, CA LLC** (Institution) {25, Belmonte, Irvine, CA}

4. Name of fourth Defendant: **Micheal Edward Clark**. The fourth Defendant is employed as: **N/A** (Position and Title) at **N/A** (Institution) {25, Belmonte, Irvine, CA}

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ■ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Reginald Edward Spearman** v. **The Department of State Hospitals**
      2. Court and case number: **In the U.S district Court For the eastern district**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Grand theft Grand theft Racketeering, Fraud_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _Cameron Hayne of Hayne Motorsports Stole my 93 Nissan Silvia S-13 and trust documents with aid of Jill Wood AKA Jill Woodman AKA Ophelia Tabor, Sold my 24K Ring, 24K gold chains & several jade pendants & bracelets to Jerry Tobin. After stealing my car & property & account information & certificates, Michael Edward Clark, Allen Yates, Jerry tobin, Jill Woodman, Cristine Chaplan AKA Davis Broke into my home stole everything I owned & transported my property to Anita J Barton's house in Tahachipi, Ca where it was stored. Then Cameron Hayne & his daughter posted my car for sale online for the price of 8K. The car was taken & housed at Sam Berri towing where I was made to pay 5K to recover my stolen car, where Sam Berri (Proud Boy White National) with the Aid of Forged CHP Documents made by their fellow (proud boy white National) the towing officer 'ON CAMERA' out of uniform in marked CHP Cruzer conducting "Official Duties" took false documents & signed them, giving them the power to make me pay the thieves to get my car back. Then Sam berri's Cameron Hayne with Aid of Jill woodman Kyree Murphy & Michael Hart all opened LLC's & Frauded my estate, They are a Fraud ring & there are more parties involved. etc._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Over 100K in theft of property Accounts Frauded & equity of Estate Stolen & Placed in false LLC's & properties. Account liquidated & compromised, car stolen, gold stolen etc, jewelry._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **Fraud, Deed trust & Will, & Estate, Racketeer**.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   James Ray Palmer used death certs that had been modified to change & compromise my trust fund, with estate information stolen then with help from Kyree Murphy, Micheal Clark, Mick Cuiscan, Matthew Fields, Christine Chaplain AKA Cristine Davis & their fraud ring opened false LLC's & used info stolen to access funds and file false grant deeds & take out loans & place funds in false LLC's & false trust, & Bitcoin, with fictious names on grant deeds they took out loans on Real estate and stole the equity from me & my families estate, then with fraudulent account info from the trust pulled out cash from the accounts via ATM withdrawls, then hid my stolen property at Jill N Woodmens Mothers Anita J Burto, who also broke into my home, they then used said funds to buy hotels in San Diego CA, & other properties such as AirBnB, Cars, R.V's, & Hanna Boyce purchased two homes in San Diego with money stolen from my trust & Jill & Michael Clark placed 500k in a false LLC called H&R Designs out of Irvine all funds Frauded against my trust, with help from known property theif Ali Alexander in San Diego & Matthew Fields the hacker & Mich Cuiscan, & 3900 Block Franklon Nortes, & dirty recording clerk at records office of Sac C.O.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Estate's equity stolen, Trust compromised, ptsd, emotional Anguish, torrment, gang stalked, Framed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **N/A**

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: **False police reports/ False Imprisonment, Conspiracy, Kidnapped**.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **False police report/imprisonmt**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Jill Woodman & Michael Clark as well as Mich Culiacan & Hanna Boyce AKA Cox & Cristine Davis AKA Cristine Chaplain & Gabriel Raymond my neighbor & Cristopher Keji Melindez & John Paul Mateau Jr, plotted a scheme & had Jill Woodman the girl who was setting me up & Honey potting me acting as if she was my girlfriend begin to call & make false police reports against me claiming D.V. so I would go to jail & they could sim swap & port & clone my phone and copy & set up bank transfers. When I was released from my false imprisonment they had robbed me of everything and were tracking my phone & actions via in app GPS, that Jill Woodman & Micheal & Hanna Cox had set up via java script & html code hidden in files & text on my phone. Joseph & Mathew Fields are code developers & hackers. Jill Wood AKA Jill Woodmans real name is Ophilia Tolbit & she is a scam artist her & her mother Anita Burton called & made false reports to us CA DV laws to falsely imprison me. Then in LA kidnapped me, via lyft hack on my phone & robbed me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Defamed of character, falsly imprisoned, stalked, robbed, given ptsd, emotional trauma, kidnapped, framed, jailed, committed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **N/A**

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

im seeking for the theft of my property, Frauding of trust Accounts & estate as well as false imprisonment, defamation of character, Mental & emotional Anguish & scarring, loss of Assets & time spent unlawfully jailed on false reports, even being kidnapped & victim of domestic (Proud Boy) White Supremacist, The very same terrorist whom stormed the Nations Capitol. All gains, property, Assets & funds $ 77 Million A$ and punitive damages!

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July, 15th 2021
            DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6