UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>SAM BERRI TOWING, *et al.*,<br><br>Defendants. | Case No.  2:21-cv-01288-KJM-JDP (PS)<br><br>SCREENING ORDER<br><br>ECF No. 1<br><br>ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF Nos. 2, 6<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS CASE BE DISMISSED<br><br>OBJECTIONS DUE WITHIN 14 DAYS |

**ORDER**

Plaintiff moves to proceed without prepayment of filing fees, ECF Nos. 2, 6.  Plaintiff's affidavits satisfy the requirements to proceed without prepayment of fees.  *See* 28 U.S.C. § 1915(a).  Thus, the motions, ECF Nos. 2 & 6, are granted.

**FINDINGS AND RECOMMENDATIONS**

Having granted plaintiffs' motions to proceed *in forma pauperis*, this complaint is now subject to screening under 28 U.S.C. § 1915(e).  The court must dismiss any action filed *in forma pauperis* that is frivolous, malicious, fails to state a claim upon which relief may be granted, or

which seeks monetary relief against a defendant who is immune from suit.  28 U.S.C. § 1915(e)(2)(B).

This is one of nine lawsuits that plaintiff filed in the Eastern District of California in July 2021.  *Spearman v. Department of State Hospitals*, 2:21-cv-01213-TLN-KJN (PC) filed 07/09/2021; *Spearman v. Sam Berri Towing et al*, 2:21-cv-01214-WBS-DMC (PC), filed 07/09/2021, transferred 01/21/2022 to Fresno under case no. 1:22-cv-00086-SKO (PC); *Spearman v. Harris et al*, 2:21-cv-01215-KJM-KJN (PC), filed 07/09/2021, closed 12/15/2021; *Spearman v. B-Side Bar*, 2:21-cv-01216-KJM-DMC (PC), filed 07/09/2021; *Spearman v. Sacramento County Recorders Office*, 2:21-cv-01217-DMC (PC), filed 07/09/2021; *Spearman v. Department of State Hospitals et al*, 2:21-cv-01280-KJM-CKD (PC), filed 07/22/2021; *Spearman v. Towing et al*, 2:21-cv-01288-KJM-JDP (PS), filed 07/22/2021 (the instant case); *Spearman v. Sacramento County et al*, 2:21-cv-01289-JDP (PC), filed 07/22/2021; *Spearman v. Public Defenders Office et al*, 2:21-cv-01290-AC (PC), filed 07/22/2021.

Plaintiff lists 34 defendants and three claims.  ECF No. 1.  His first claim is for the theft of his car and jewelry from an estate.  *Id.* at 4.  Plaintiff's second claim is for fraud as to a will and estate associated with plaintiff's family.  *Id.* at 5.  Plaintiff's third claim references false police reports and taking his cell phone to access bank accounts.  *Id.* at 6.  Plaintiff seeks to recover 77 million dollars.  *Id.* at 7.

Plaintiff's claims are substantially similar to those asserted in three lawsuits filed on July 9, 2021, with many of the same defendants.  *See Spearman v. Harris et al*, 2:21-cv-01215-KJM-KJN (PC), Findings and Recommendations at ECF No. 7 (October 8, 2021) (recommending dismissal without leave to amend), adopted December 15, 2021; *Spearman v. Sam Berri Towing et al.*, 1:22-cv-00086-SKO (PC), Order at ECF No. 12 (dismissing complaint with leave to amend); *Spearman v. Sacramento County Recorders Office*, 2:21-cv-01217-DMC (PC), Complaint at ECF No. 1 (alleging false granting of deeds from an estate for which plaintiff is a core beneficiary).  Duplicative lawsuits filed by a plaintiff proceeding in forma pauperis are subject to dismissal as either frivolous or malicious under 28 U.S.C. § 1915(e).  *See, e.g.*, *Cato v.*

*United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Plaintiff's claims are duplicative of those asserted in earlier-filed cases, rendering this action frivolous.

Accordingly, it is recommended that plaintiff's case be dismissed with prejudice as frivolous.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Plaintiffs may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated: April 12, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3